**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____     Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Gravitas NW, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-4064610** |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **c/o Matt Baker**<br>**1401 Okie Street, N.E.**<br>**Washington, DC 20002**<br>Number, Street, City, State & ZIP Code | **300 Morse Street, NE**<br>**#1201**<br>**Washington, DC 20002**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columb**<br>County | **Location of principal assets, if different from principal place of business**<br>**DC Office of Tax and Revenue**<br>**1101 4th Street, S.W., 7th Floor Washington, DC 20024**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **n/a** |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Gravitas NW, LLC**                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____7225_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|---------------|------|---------------|-------------|---------------|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Gravitas NW, LLC**                                                    Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____
District _____  When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other **District of Columbia Office of Tax and Revenue is seeking to sell the debtor's restaurant equipment and furniture on April 23, 2026. Immediate attention is required to preserve estate property and ongoing operations.**

**Where is the property?**   **1401 Okie Street, N.E.**
                             **Washington, DC, 20002-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **The Hartford**

         Contact name _____

         Phone   **860-547-5000**

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   **Gravitas NW, LLC**                                        Case number (*if known*) _____
_____ Name

☐ $500,001 - $1 million

| 16. Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Gravitas NW, LLC**
Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2026**
MM / DD / YYYY

**X** **/s/ Matt Baker**
Signature of authorized representative of debtor

**Matt Baker**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Charles E Walton**
Signature of attorney for debtor

Date **April 22, 2026**
MM / DD / YYYY

**Charles E Walton**
Printed name

**Walton Law Group**
Firm name

**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
Number, Street, City, State & ZIP Code

Contact phone    **301-292-8357**    Email address    **cwalton@cwaltonlaw.com**

**474873 DC**
Bar number and State

---

Fill in this information to identify the case:

Debtor name **Gravitas NW, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLUMBIA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adams Burch 1901 Stanford Court Hyattsville, MD 20785** | | **Rental Equipment** | | | | **$4,248.00** |
| **Alsco Uniforms 4900 Philadelphia Way Lanham, MD 20706** | | **Uniforms** | | | | **$5,313.04** |
| **AP DC Tomato's LLC** | **Douglas Jemal, Manager** | | | | | **$100,402.00** |
| **D.C. Office of Tax and Revenue 1101 4th Street, S.W. West Washington, DC 20024** | | **Unicorporated Business Franchise Tax** | **Disputed** | | | **$292,291.00** |
| **D.C. Office of Tax and Revenue 1101 4th Street, S.W. West Washington, DC 20024** | | **Withholding Wage Tax** | **Disputed** | | | **$5,730.28** |
| **DC Office of Tax and Revenue 1101 4th Street, S.W. 7th Floor Washington, DC 20024** | | **DC Sales and Use Tax** | **Disputed** | | | **$181,927.00** |
| **Huntsman Specialty Game 8208 Cinder Bed Road, #E Lorton, VA 22079** | | **Food** | | | | **$1,026.22** |

Debtor   **Gravitas NW, LLC**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **National Funding 4380 LaJolla Village Drive, Ste. 300 San Diego, CA 92122** | | **Loan** | | | | **$147,248.00** |
| **PEPCO 701 9th ST. NW Washington, DC 20068** | | **Utilities** | | | | **$27,033.00** |
| **Profish Oceanpro 1900 Fenwick Street, NE Washington, DC 20002** | | **Food** | | | | **$5,200.00** |
| **The Chef's Warehouse 100 East Ridge Road Ridgefield, CT 06877** | | **Food** | | | | **$3,411.00** |
| **Unpaid staff/wage claim** | | **labor** | | | | **$94,156.11** |
| **Washington Gas MD** | | **Utilities** | | | | **$15,351.00** |

Adams Burch
1901 Stanford Court
Hyattsville, MD 20785


Alsco Uniforms
4900 Philadelphia Way
Lanham, MD 20706


AP DC Tomato's LLC


D.C. Office of Tax and Revenue
1101 4th Street, S.W. West
Washington, DC 20024


DC Office of Tax and Revenue
1101 4th Street, S.W.
7th Floor
Washington, DC 20024


Huntsman Specialty Game
8208 Cinder Bed Road, #E
Lorton, VA 22079


Jemal's Pappas Tomato LLC
AP DC Tomato's LLC
c/o Douglas Development Corporation
702 H Street, N.W., Ste. 400
Washington, DC 20001


National Funding
4380 LaJolla Village Drive, Ste. 300
San Diego, CA 92122


PEPCO
701 9th ST. NW
Washington, DC 20068

Profish
Oceanpro
1900 Fenwick Street, NE
Washington, DC 20002


The Chef's Warehouse
100 East Ridge Road
Ridgefield, CT 06877


Unpaid staff/wage claim


Washington Gas
MD

## United States Bankruptcy Court
### District of Columbia

In re    **Gravitas NW, LLC**

_____    Case No. _____
                              Debtor(s)    Chapter    **11**    _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Gravitas NW, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**April 22, 2026**
_____        **/s/ Charles E Walton**
Date                    _____
                        **Charles E Walton**
                        Signature of Attorney or Litigant
                        Counsel for    **Gravitas NW, LLC**
                        _____
                        **Walton Law Group**
                        **10905 Fort Washington Road Ste 201**
                        **Fort Washington, MD 20744**
                        **301-292-8357 Fax:301-292-9439**
                        **cwalton@cwaltonlaw.com**