**Fill in this information to identify the case:**

Debtor name        **Gravitas NW, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   **26-00199**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **Declaration in Support of Chapter 11 Filing**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  6, 2026**          *X* **/s/ Matt Baker**
                                        Signature of individual signing on behalf of debtor

                                        **Matt Baker**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gravitas NW, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLUMBIA** |
| Case number (if known): | **26-00199** |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adams Burch 1901 Stanford Court Hyattsville, MD 20785** | | **Rental Equipment** | | | | **$4,248.00** |
| **Alsco Uniforms 4900 Philadelphia Way Lanham, MD 20706** | | **Uniforms** | | | | **$5,313.04** |
| **AP DC Tomato's LLC 4795 Meadow Wood Lane Suite 100E Chantilly, VA 20151** | **Douglas Jemal, Manager** | | | | | **$100,402.00** |
| **D.C. Office of Tax and Revenue 1101 4th Street, S.W. West Washington, DC 20024** | | **Unicorporated Business Franchise Tax** | **Disputed** | | | **$292,291.00** |
| **D.C. Office of Tax and Revenue 1101 4th Street, S.W. West Washington, DC 20024** | | **Withholding Wage Tax** | **Disputed** | | | **$5,730.28** |
| **DC Office of Tax and Revenue 1101 4th Street, S.W. 7th Floor Washington, DC 20024** | | **DC Sales and Use Tax** | **Disputed** | | | **$181,927.00** |
| **Huntsman Specialty Game 8208 Cinder Bed Road, #E Lorton, VA 22079** | | **Food** | | | | **$1,026.22** |

Debtor   **Gravitas NW, LLC**                                      Case number *(if known)*   **26-00199**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **National Funding 4380 LaJolla Village Drive, Ste. 300 San Diego, CA 92122** | | **Loan** | | | | **$147,248.00** |
| **PEPCO 701 9th ST. NW Washington, DC 20068** | | **Utilities** | | | | **$27,033.00** |
| **Profish Oceanpro 1900 Fenwick Street, NE Washington, DC 20002** | | **Food** | | | | **$5,200.00** |
| **The Chef's Warehouse 100 East Ridge Road Ridgefield, CT 06877** | | **Food** | | | | **$3,411.00** |
| **Unpaid staff/wage claim** | | **labor** | | | | **$94,156.11** |
| **Washington Gas 6801 Industrial Drive Springfield, VA 22151** | | **Utilities** | | | | **$15,351.00** |

**Fill in this information to identify the case:**

Debtor name   **Gravitas NW, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   **26-00199**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................   $   **500,000.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................................................   $   **0.00**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............................................................................................   $   **500,000.00**

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $   **574,104.39**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **309,232.26**

4.   **Total liabilities** .........................................................................................................................................
Lines 2 + 3a + 3b
$   **883,336.65**

**Fill in this information to identify the case:**

Debtor name   **Gravitas NW, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   **26-00199**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.

| Debtor | **Gravitas NW, LLC** | Case number *(If known)* **26-00199** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Various equipment, furniture and fine wine and spirits** | | **$0.00** | | **$500,000.00** |

56.   **Total of Part 9.**                                                                                                                **$500,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Gravitas NW, LLC**                                    Case number *(If known)*  **26-00199**
_____
          Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Gravitas NW, LLC**
         Name

Case number *(If known)*  **26-00199**

| Part 12: | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........* > | | $500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $500,000.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92    $500,000.00

**Fill in this information to identify the case:**

Debtor name     **Gravitas NW, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLUMBIA

Case number (if known)   **26-00199**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                  **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Gravitas NW, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    **26-00199**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292,291.00** | **$17,150.00** |
| --- | --- | --- | --- |

**D.C. Office of Tax and Revenue**
**1101 4th Street, S.W. West**
**Washington, DC 20024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**12-31-2023**

Basis for the claim:
**Unicorporated Business Franchise Tax**

Last 4 digits of account number **7377**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,730.28** | **$5,730.28** |
| --- | --- | --- | --- |

**D.C. Office of Tax and Revenue**
**1101 4th Street, S.W. West**
**Washington, DC 20024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**12-21-2024**

Basis for the claim:
**Withholding Wage Tax**

Last 4 digits of account number **7377**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Gravitas NW, LLC**
Name

Case number (if known) **26-00199**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181,927.00 | $181,927.00 |

**DC Office of Tax and Revenue
1101 4th Street, S.W.
7th Floor
Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**11-30-2025**

Basis for the claim:
**DC Sales and Use Tax**

Last 4 digits of account number **7377**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94,156.11 | $17,150.00 |

**Unpaid staff/wage claim**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**labor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,248.00 |

**Adams Burch
1901 Stanford Court
Hyattsville, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Rental Equipment**

**Last 4 digits of account number  4610**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,313.04 |

**Alsco Uniforms
4900 Philadelphia Way
Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Uniforms**

**Last 4 digits of account number  4610**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,402.00 |

**AP DC Tomato's LLC
4795 Meadow Wood Lane
Suite 100E
Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Property Lease**

**Last 4 digits of account number  s105**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address**
**Huntsman Specialty Game**
**8208 Cinder Bed Road, #E**
**Lorton, VA 22079**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$1,026.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
**National Funding**
**4380 LaJolla Village Drive, Ste. 300**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$147,248.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
**PEPCO**
**701 9th ST. NW**
**Washington, DC 20068**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$27,033.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
**Profish**
**Oceanpro**
**1900 Fenwick Street, NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$5,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
**The Chef's Warehouse**
**100 East Ridge Road**
**Ridgefield, CT 06877**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$3,411.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Food**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Washington Gas**
**6801 Industrial Drive**
**Springfield, VA 22151**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$15,351.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Gravitas NW, LLC**                                  Case number (if known)    **26-00199**
          Name

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     **574,104.39** |
| **5b. Total claims from Part 2** | 5b. + | $     **309,232.26** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $     **883,336.65** |

**Fill in this information to identify the case:**

Debtor name **Gravitas NW, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) **26-00199**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for the Gravitas restaurant** | |
| State the term remaining — **through Dec 1, 2029 plus 2 five-year options** | **Jemal's Pappas Tomato LLC**<br>**AP DC Tomato's LLC**<br>**c/o Douglas Development Corporation**<br>**702 H Street, N.W., Ste. 400**<br>**Washington, DC 20001** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Gravitas NW, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    **26-00199**

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Gravitas NW, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   **26-00199**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business ☐ Other | **$85,335.00** |
   | **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other | **$1,629,083.00** |
   | **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other | **$1,350,962.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | **None** | **$0.00** |
   | **For prior year:** From **1/01/2025** to **12/31/2025** | **Room Rental** | **$1,645.00** |
   | **For year before that:** From **1/01/2024** to **12/31/2024** | **None** | **$0.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

Debtor **Gravitas NW, LLC**                                          Case number *(if known)* **26-00199**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **DC Office of Tax and Revenue 1101 4th Street, S.W. 7th Floor Washington, DC 20024** | **escription of property : original fine art,rare concept posters,high - end electronics,commercial - grade restaurant equipment, premium furnishings, and a world - class collection of fine wines and spirits** | **April 9, 2026** | **$750,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Gravitas NW, LLC** | Case number *(if known)* **26-00199** |
|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Office of Tax and Revenue** | **Back taxes** | **1101 4th Street, S.W., 7th Floor<br>Washington, DC 20024** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Charles Walton Esq<br>10905 Fort Washington Road<br>Suite 201<br>Fort Washington, MD 20744** | | **4/15/26** | **$10,000.00** |
| | **Email or website address<br>cwaltonlaw.com** | | | |
| | **Who made the payment, if not debtor?<br>Matt Baker Managing Member** | | | |

---

| Debtor | **Gravitas NW, LLC** | Case number *(if known)* | **26-00199** |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Gravitas NW, LLC** | Case number *(if known)* | **26-00199** |
|---|---|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America<br>PO Box 31785<br>Tampa, FL 33631** | **XXXX-3751** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/31/26** | **$5.10** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | **Gravitas NW, LLC** | Case number *(if known)* **26-00199** |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **101 Hospitality LLC 300 Morse Street NE #1201 Washington, DC 20002** | **Restaurant -** | EIN: **0376** <br> From-To **2021-present** |
| 25.2. **Dwayne Sye 9580 Lagersfield Circle Vienna, VA 22181** | **Restauart** | EIN: **4846** <br> From-To **2021 to Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Scale It Financial Annapolis, MD** | **2023-2025** |
| 26a.2. **Harmony CPA Annapolis, MD** | **2021-2023** |
| 26a.3. **Catherine Newman** | **2025-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor   **Gravitas NW, LLC**                                   Case number *(if known)* **26-00199**

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **101 Hospitaility LLC** | **300 Moris Street NE Washington, DC 20002** | **Member** | **97% Gravitis** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matt Baker** | **300 Morse Street NE Suite 1201 Washington, DC 20002** | **Managing Member of 101 Hostitity** | **55.8629** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Matt Baker** | **300 Morse Street NE Suite 1201 Washington, DC 20002** | **Managing Member** | **From Opening to Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

Debtor   **Gravitas NW, LLC**                                                     Case number *(if known)* **26-00199**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May  6, 2026**

**/s/ Matt Baker**                                              **Matt Baker**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Columbia

In re   **Gravitas NW, LLC**

Debtor(s)

Case No.   **26-00199**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **101 Hospitaility LLC**<br>**300 Moris Street NE**<br>**Washington, DC 20002** | | | **97% Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  6, 2026**

Signature   **/s/ Matt Baker**

**Matt Baker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br>**Gravitas NW, LLC,** | **Case No.**  **26-00199** |
| | **Chapter**  **11** |
| Debtor(s) | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept a flat fee of | $ | **10,000.00** |
| Filing Fees | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2.  The source of the compensation paid to me was:

   ■   Debtor   ☐   Other (specify):

3.  The source of compensation to be paid to me is:

   ■   Debtor   ☐   Other (specify):

4   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
   e.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**
6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **May  6, 2026**

**/s/ Charles E Walton**
Signature of attorney
**Charles E Walton**
Name, Bar Number
**Walton Law Group**
Firm
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
Address
**301-292-8357**
Telephone
**cwalton@cwaltonlaw.com**
Email Address

# United States Bankruptcy Court
## District of Columbia

In re    **Gravitas NW, LLC**

Debtor(s)

Case No.    **26-00199**

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gravitas NW, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**101 Hospitaility LLC**
**300 Moris Street NE**
**Washington, DC 20002**

☐ None [*Check if applicable*]

**May 6, 2026**

Date

**/s/ Charles E Walton**

**Charles E Walton**

Signature of Attorney or Litigant

Counsel for    **Gravitas NW, LLC**

**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357 Fax:301-292-9439**
**cwalton@cwaltonlaw.com**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Columbia

In re     **Gravitas NW, LLC**                                                      Case No.   **26-00199**

                                          Debtor(s)                  Chapter     **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

    I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gravitas NW, LLC**                                       X  **/s/ Matt Baker**                          **May  6, 2026**
Printed Name(s) of Debtor(s)                                    Signature of Debtor                    Date

Case No. (if known)   **26-00199**                         X _____
                                                               Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.