Charles E. Walton - Bar # 474873
10905 Fort Washington Road, Suite 201
Fort Washington, MD 20744
(301) 292-8357  cwalton@cwaltonlaw.com
Counsel for Debtor

## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| GRAVITAS NW LLC, | * | **Case No.: 26-00199** |
| | * | |
| | * | **Chapter 11** |
| | * | |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF
## CHARLES E. WALTON, ESQUIRE, AND WALTON LAW GROUP, LLC.
## <u>AS COUNSEL FOR DEBTOR</u>

Debtor GRAVITAS NW LLC, your applicant, hereby requests approval of employment of its counsel, and for cause states as follows:

1.      Debtor Gravitas NW LLC [the "Debtor" or your "Applicant"] commenced this case by filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code on April 22, 2026 [the "Petition Date"]. Following this filing, your Applicant has been managing its affairs as a debtor-in-possession pursuant to the Code.

2.      This Court has jurisdiction over this matter.

3.      This proposed application has required counsel to take ample time to consider the scope and requirements of the above-referenced case, the likelihood of the case succeeding after discussion with the client and consideration of interested parties, the outstanding issues before the Court, and the requirements of Chapter 11 before applying to employ.

4.      Your Applicant seeks Court approval of the employment of Charles E. Walton, Esquire, and Walton Law Group, LLC [collectively referred to herein as "WLG"], as its attorneys, effective as of March 14, 2026. The professional services which WLG will provide to your Applicant include but are not limited to the following:

a. Prepare and file all necessary bankruptcy pleadings on behalf of the Debtor.

b. Negotiate with taxing authorities, landlords, creditors, and other parties in interest regarding post-petition obligations and a Chapter 11 plan or other resolution.

c. Representation with respect to Adversary and other proceedings in connection with the Bankruptcy.

d. Prepare debtor status reports, schedules, statements, and, if appropriate, a disclosure statement and plan of reorganization.

e. Prepare and respond to all necessary pleadings and requests from the Court, Trustee, creditors, and any other interested party.

f. Advise the Debtor with respect to its powers and duties as a debtor in possession and continue to advise regarding financial affairs in the Bankruptcy.

5.      Debtor's case was filed based upon the District of Columbia Office of Tax and Revenue seeking to auction property of the Debtor, including equipment and furnishings, for alleged unpaid sales taxes.

6.      Counsel entered his appearance on April 22, 2026 after review of the Debtor's circumstances and meetings with the proposed debtor in possession.

7.      Debtor has been cooperative in assisting counsel with needed information to file the Chapter 11 petition and first-day pleadings.

8.      Counsel has met with Debtor to prepare the required petition and related filings and has been supplied with substantial information.

9.      Counsel for Debtor has interfaced with Debtor and relevant parties on a continuous basis in connection with the emergency nature of this filing.

10.     Counsel has had access to the Debtor and its records as available under the emergency circumstances.

11.     Counsel has spent time organizing the Debtor's information and gaining access to creditors and interested parties.

12.     In addition to counsel entering his appearance, counsel has had the need to review and understand the Debtor's case.

13.     Counsel for Debtor has had the need to better understand the Debtor's financial condition, creditor body, affiliated-entity structure, and the manner in which Debtor would proceed under Chapter 11, including the following:

a. Counsel for Debtor has had the need to become familiar with the needs of Debtor's creditors, the Trustee, and interested parties, as well as to obtain a better understanding of Debtor's financial condition by reviewing financial information and potential claims against the estate, in order to properly value the case for employment.

b. Counsel for Debtor has also had a need to understand how Debtor would proceed under the Chapter 11 Code.

c. Proposed counsel for the Debtor needed to better understand whether a plan could be devised that would satisfy creditors and any interested parties.

d. Currently, proposed counsel is working diligently to satisfy all Chapter 11 requirements and the requests of the Trustee.

e. WLG represents no other entity in connection with this bankruptcy proceeding, is disinterested as that term is defined in 11 U.S.C. §101(14).  WLG is not a creditor, an equity security holder, or an insider of the Debtors; (ii) is not and was not an investment banker for

any outstanding security of the Debtors; (iii) has not been within three (3) years before the date of the filing of the petition, and investment banker for security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor; (iv) is not and was not, within two (2) years before the date of filing of the petition a director, officer or employee of the Debtor or an investment bank specified in section (ii) and (iii) of this paragraph; and (v) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker specified in sections (ii) and (iii) of this paragraph, or for any other reason.  Further, WLG holds no interest adverse to the interest of the Debtor with respect to the matter on which he is to be employed.  WLG has no connection with the Debtor, except as described herein, Debtor creditors, any parties in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

f. WLG has agreed to represent your Applicant at an hourly rate of $475.00 per hour for Charles E. Walton; Senior Associates $375.00 per hour; Junior Associates $275.00 per hour; Paralegal $175.00 per hour, financial analysis $100.00 an hour subject to amendment in the event that the work associated with the case increases above and beyond the terms of this agreement and as contemplated by the Debtor and his attorneys.

15.     Your Applicant believes that the proposed compensation is fair and reasonable and is consistent with the skills and reputation of the attorneys and the law firm.

16.     Your Applicant has also agreed to provide compensation to WLG in the manner set forth in the Statement Pursuant to Rule 2016(b), filed or to be filed herein. All compensation provided by your Applicant to WLG is subject to approval by Order of the United States Bankruptcy Court for the District of Columbia.

18.     Because this Application is filed within 21 days after the Petition Date, approval effective as of the Petition Date is necessary to avoid immediate and irreparable harm. Without immediate approval of WLG as counsel, the Debtor will be materially impaired in its ability to protect estate property, address the pending tax-enforcement and auction issues, meet filing obligations, and preserve the possibility of reorganization.

19.     Counsel has filed and incorporated herein WLG's Affidavit in Support of Application for Approval of Employment of Charles E. Walton, Esquire and Walton Law Group, LLC, as Counsel for Debtor.

    **WHEREFORE**, your Applicant respectfully requests that this Honorable Court:

    A.     **ENTER** an Order authorizing the employment of Charles E. Walton, Esquire and the law firm of Walton Law Group, LLC, as counsel for Debtor, effective as of April 22, 2026, as set forth herein; and

    B.     **ORDER** such other and further relief as this action may require.

                                            Respectfully submitted,

                                            WALTON LAW GROUP, LLC.
                                            /s/ Charles E. Walton
                                            Charles E. Walton
                                            Bar # 474873
                                            10905 Fort Washington Road, Suite 201
                                            Fort Washington, MD 20744
                                            (301) 292-8357
                                            Counsel for Debtor