### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Gravitas NW, LLC,** | **Case No. 26-00199-ELG** |
| **Debtor.** | **Chapter 11** |

### ACTING UNITED STATES TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF CHARLES E. WALTON, ESQUIRE AND WALTON LAW GROUP, LLC AS COUNSEL FOR DEBTOR

Comes now, Matthew W. Cheney, Acting United States Trustee for Region 4 ("U.S. Trustee"), and hereby submits this limited objection (the "Objection") to the application filed by the above-captioned Debtor to employ Charles E. Walton, Esquire and Walton Law Group, LLC ("Application") as counsel to the Debtor. The U.S. Trustee believes that additional disclosures may need to be made to the Court and parties-in-interest before the Court can consider the merits of the Application. In support of this Objection, the U.S. Trustee states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(1). Venue is proper in this district under 28 U.S.C. § 1408.

2. Pursuant to 11 U.S.C. § 307, the U.S. Trustee for Region 4, which includes the District of Columbia, under 28 U.S.C. § 581(a)(7), has standing to appear and be heard on any issue in a case or proceeding under the Bankruptcy Code.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

3. Pursuant to 28 U.S.C. § 586(a)(3), the U.S. Trustee is statutorily obligated to monitor the administration of cases commenced under the Bankruptcy Code, 11 U.S.C. § 101 *et seq*.

## BACKGROUND

4. The Debtor commenced this proceeding by filing a petition for relief under Chapter 11 of the Bankruptcy Code on April 22, 2026. (Doc. No. 1).

*5.* On May 19, 2026, the debtor filed an application to employ Charles E. Walton, Esquire and Walton Law Group, LLC as counsel for the debtor. (Doc. No. 10).

## BASIS FOR OBJECTION

The U.S. Trustee has requested additional information from Debtor's counsel regarding his and his Firm's engagement, and the Engagement Agreement that he provided to the U.S. Trustee. As of the filing of this Objection, the U.S. Trustee has not received complete responses to his inquiries.

WHEREFORE, the Acting United States Trustee respectfully requests that this Court enter an order (i) sustaining the Objection; (b) denying the Application until such time the U.S. Trustee receives complete responses to his inquiries; and (c) granting such other relief that this Court deems appropriate.

June 9, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, I electronically filed the foregoing objection with the Clerk of the Court and transmitted a true and correct copy of said document electronically through the electronic case filing system to the following:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Charles Earl Walton cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com;waltoncr91773@notify.bestcase.com

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist