**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* **26-00199**          Chapter   **11**

■ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gravitas NW, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4064610** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **c/o Matt Baker** **1401 Okie Street, N.E.** **Washington, DC 20002** | **300 Morse Street, NE** **#1201** **Washington, DC 20002** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columb** | **Location of principal assets, if different from principal place of business** |
| County | **DC Office of Tax and Revenue** **1101 4th Street, S.W., 7th Floor Washington, DC 20024** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **n/a** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Gravitas NW, LLC**                                    Case number (*if known*)  **26-00199**
_____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**7225**____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Gravitas NW, LLC** | Case number (*if known*) | **26-00199** |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other — **District of Columbia Office of Tax and Revenue is seeking to sell the debtor's restaurant equipment and furniture on April 23, 2026. Immediate attention is required to preserve estate property and ongoing operations.**

**Where is the property?**  **1401 Okie Street, N.E.**
**Washington, DC, 20002-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **The Hartford**

Contact name _____

Phone   **860-547-5000**

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Gravitas NW, LLC | Case number (*if known*) | 26-00199 |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 11, 2026**
_____
MM / DD / YYYY

**X** **/s/ Matt Baker**                                **Matt Baker**
_____               _____
Signature of authorized representative of debtor       Printed name

Title     **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Charles E Walton**                        Date **June 11, 2026**
_____               _____
Signature of attorney for debtor                       MM / DD / YYYY

**Charles E Walton**
_____
Printed name

**Walton Law Group**
_____
Firm name

**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
_____
Number, Street, City, State & ZIP Code

Contact phone     **301-292-8357**        Email address     **cwalton@cwaltonlaw.com**

**474873 DC**
_____
Bar number and State

---

Adams Burch
1901 Stanford Court
Hyattsville, MD 20785


Alsco Uniforms
4900 Philadelphia Way
Lanham, MD 20706


AP DC Tomato's LLC
4795 Meadow Wood Lane
Suite 100E
Chantilly, VA 20151


D.C. Office of Tax and Revenue
1101 4th Street, S.W. West
Washington, DC 20024


DC Office of Tax and Revenue
1101 4th Street, S.W.
7th Floor
Washington, DC 20024


Huntsman Specialty Game
8208 Cinder Bed Road, #E
Lorton, VA 22079


Jemal's Pappas Tomato LLC
AP DC Tomato's LLC
c/o Douglas Development Corporation
702 H Street, N.W., Ste. 400
Washington, DC 20001


Matt Baker
1401 Okie Street, N.E.
Washington, DC 20002

```
National Funding
4380 LaJolla Village Drive, Ste. 300
San Diego, CA 92122


PEPCO
701 9th ST. NW
Washington, DC 20068


Profish
Oceanpro
1900 Fenwick Street, NE
Washington, DC 20002


Small Business Administration
PO Box 3918
Portland, OR 97208-5638


The Chef's Warehouse
100 East Ridge Road
Ridgefield, CT 06877


Unpaid staff/wage claim


Washington Gas
6801 Industrial Drive
Springfield, VA 22151
```

# United States Bankruptcy Court
### District of Columbia

In re   **Gravitas NW, LLC**                                  Case No.   **26-00199**

Debtor(s)                                  Chapter   **11**

## CERTIFICATE OF SERVICE TO NEWLY ADDED CREDITOR

I hereby certify that on  **June 11, 2026**, a copy  of an Amended Voluntary Petition (Removing Designation as a Small Business) was served electronically via the CM/ECF system on the US Trustee and those subscribed to the system or by regular United States mail on the attached Creditor Matrix.

Attached

**/s/ Charles E Walton**
**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357Fax:301-292-9439**
**cwalton@cwaltonlaw.com**