**Fill in this information to identify the case:**

Debtor name   **Gravitas NW, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   **26-00199**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Declaration in Support of Chapter 11 Filing**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 16, 2026**          X **/s/ Matt Baker**
                                          Signature of individual signing on behalf of debtor

                                          **Matt Baker**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Gravitas NW, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)  **26-00199**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**IRS**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$9,548.44**   Priority amount: **$100.00**

Date or dates debt was incurred

Basis for the claim:
**Federal Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Mass Dept of Revenue**
**PO Box 7090**
**Boston, MA 02204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$8,844.06**   Priority amount: **$4,048.95**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Gravitas NW, LLC**
_____Name_____

Case number (if known)   **26-00199**

| 2.3 | Priority creditor's name and mailing address<br>**Other Unpaid Taxes**<br>**Unknown** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   $0.00 |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**labor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| 2.4 | Priority creditor's name and mailing address<br>**Small Business Administration**<br>**PO Box 3918**<br>**Portland, OR 97208-5638** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150,031.00**   $0.00 |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**SBA Economic Injury Disaster Loan**

Last 4 digits of account number **0001**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Alonso Duenas**<br>**5514 Chillum Place, NE**<br>**Washington, DC 20011** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$565.61** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>**Ana Vasquez**<br>**8911 Spring Avenue**<br>**Lanham, MD 20706** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$169.76** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address<br>**Betty Tesfaye**<br>**16 Channing Street, NW**<br>**Washington, DC 20001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,272.56** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

---

**3.4** **Nonpriority creditor's name and mailing address**
**Christopher Huggins**
**1401 New York Avenue, NE #623**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5** **Nonpriority creditor's name and mailing address**
**Floriana Garcia**
**2520 10th Street, NE, #34**
**Washington, DC 20018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$282.14**

---

**3.6** **Nonpriority creditor's name and mailing address**
**Gerardo Mejia**
**4530 Fort Totten Drive, NE, Apt# 209**
**Washington, DC 20011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,606.14**

---

**3.7** **Nonpriority creditor's name and mailing address**
**Jonathan Soliis**
**8701 Barron Street, Apt 6**
**Takoma Park, MD 20912**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$263.09**

---

**3.8** **Nonpriority creditor's name and mailing address**
**Kafi King**
**1401 New York Avenue, #623**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.9** **Nonpriority creditor's name and mailing address**
**Lyman Smith**
**11443 Ledbury Way**
**Germantown, MD 20876**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$790.06**

---

**3.10** **Nonpriority creditor's name and mailing address**
**Maria Mejia Flores**
**4530 Fort Totten Drive, NE, Apt 209**
**Washington, DC 20011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$493.80**

---

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

**3.11** | **Nonpriority creditor's name and mailing address**
**Miguel Ayala**
**2020 Maryland Avenue, #101**
**Washington, DC 20002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$81.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Patricio Sandi Hurtado**
**4703 Kettler Court**
**Woodbridge, VA 22193**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$182.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Payton Menges**
**507 Broadneck Place , #303**
**Annapolis, MD 21409**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,004.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Stanley Martinez**
**601 Edgewood Street, NE**
**Washington, DC 20017**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$876.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
**United Healthcare Insurance Company**
**PO Box 7346**
**Atlanta, GA 30374**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$833.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Health Insurance__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 168,423.50 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 12,421.84 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 180,845.34 |

Alonso Duenas
5514 Chillum Place, NE
Washington, DC 20011


Ana Vasquez
8911 Spring Avenue
Lanham, MD 20706


Betty Tesfaye
16 Channing Street, NW
Washington, DC 20001


Christopher Huggins
1401 New York Avenue, NE #623
Washington, DC 20002


Floriana Garcia
2520 10th Street, NE, #34
Washington, DC 20018


Gerardo Mejia
4530 Fort Totten Drive, NE, Apt# 209
Washington, DC 20011


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Jonathan Soliis
8701 Barron Street, Apt 6
Takoma Park, MD 20912


Kafi King
1401 New York Avenue, #623
Washington, DC 20002

Lyman Smith
11443 Ledbury Way
Germantown, MD 20876

Maria Mejia Flores
4530 Fort Totten Drive, NE, Apt 209
Washington, DC 20011

Mass Dept of Revenue
PO Box 7090
Boston, MA 02204

Miguel Ayala
2020 Maryland Avenue, #101
Washington, DC 20002

Other Unpaid Taxes
Unknown

Patricio Sandi Hurtado
4703 Kettler Court
Woodbridge, VA 22193

Payton Menges
507 Broadneck Place , #303
Annapolis, MD 21409

Small Business Administration
PO Box 3918
Portland, OR 97208-5638

Stanley Martinez
601 Edgewood Street, NE
Washington, DC 20017

United Healthcare Insurance Company
PO Box 7346
Atlanta, GA 30374

**United States Bankruptcy Court**
**District of Columbia**

In re  **Gravitas NW, LLC**                                          Case No.  **26-00199**

                                        Debtor(s)                  Chapter  **11**

### LIST OF CREDITORS AND MAILING MATRIX - AMENDED

1.      The attached list, serving both as the list required by Rule

1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the

mailing matrix required by the court's local Bankruptcy Rules, consists

of __3__ pages and a total of __19__ entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on

    Schedules D, E, and F, the Schedules of Creditors Holding

    Claims, in this case),

- each of the parties required to be listed on Schedule G -

    Executory Contracts and Unexpired Leases, that is, the parties

    other than myself, to any unexpired lease of real or personal

    property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.


Date:   **June 16, 2026**                              **/s/ Matt Baker**

                                                       **Matt Baker**/**Managing Member**
                                                       Signer/Title

# United States Bankruptcy Court
**District of Columbia**

In re   **Gravitas NW, LLC**

Debtor(s)

Case No.   **26-00199**

Chapter   **11**

## CERTIFICATE OF SERVICE TO NEWLY ADDED CREDITOR

I hereby certify that on  **June 16, 2026**, a copy  of an Amended  Declaration Regarding Schedules, Amended Schedule E/F, Verification and Amended Creditor Matrix  served electronically via the CM/ECF system on the US Trustee and those subscribed to the system or by regular United States mail on the attached Creditor Matrix.

**/s/ Charles E Walton**

**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357Fax:301-292-9439**
**cwalton@cwaltonlaw.com**