**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re

**Gravitas NW, LLC,**

| | |
|---|---|
| **Case No.** | **26-00199** |
| **Chapter** | **11** |

Debtor(s)

### AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of | $ |
| Filing Fees | $ |
| Prior to the filing of this statement I have received | $ |
| Balance Due | $ |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

For legal services, I have agreed to accept and received a retainer of $**0.00**.

The undersigned shall bill against the retainer at an hourly rate of $**475.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor   ☑ Other (specify):   **101 FB Bistro Bis LLC Trading as Lucille's Modern Steakhouse**

3.  The source of compensation to be paid to me is:

    ☐ Debtor   ☑ Other (specify):   **Debtor and Investors to be determined**

4   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

    ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**
6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **June 23, 2026**

**/s/ Charles E Walton**
Signature of attorney

**Charles E Walton**
Name, Bar Number

**Walton Law Group**
Firm

**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
Address

**301-292-8357**
Telephone

**cwalton@cwaltonlaw.com**
Email Address

# United States Bankruptcy Court
## District of Columbia

In re   **Gravitas NW, LLC**

Debtor(s)

Case No.   **26-00199**

Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on  **June 23, 2026**, a copy of the **Disclosure of Attorney Compensation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee CM/ECF System**

**Adams Burch, 1901 Stanford Court, Hyattsville, MD 20785**

**Alonso Duenas, 5514 Chillum Place, NE, Washington, DC 20011**

**Alsco Uniforms, 4900 Philadelphia Way, Lanham, MD 20706**

**Ana Vasquez, 8911 Spring Avenue, Lanham, MD 20706**

**AP DC Tomato's LLC, 4795 Meadow Wood Lane, Suite 100E, Chantilly, VA 20151**

**Betty Tesfaye, 16 Channing Street, NW, Washington, DC 20001**

**Christopher Huggins, 1401 New York Avenue, NE #623, Washington, DC 20002**

**DC Office of Tax and Revenue, 1101 4th Street, S.W., 7th Floor, Washington, DC 20024**

**Floriana Garcia, 2520 10th Street, NE, #34, Washington, DC 20018**

**Gerardo Mejia, 4530 Fort Totten Drive, NE, Apt# 209, Washington, DC 20011**

**Huntsman Specialty Game, 8208 Cinder Bed Road, #E, Lorton, VA 22079**

**IRS, PO Box 7346, Philadelphia, PA 19101-7346**

**Jonathan Soliis, 8701 Barron Street, Apt 6, Takoma Park, MD 20912**

**Kafi King, 1401 New York Avenue, #623, Washington, DC 20002**

**Lyman Smith, 11443 Ledbury Way, Germantown, MD 20876**

**Maria Mejia Flores, 4530 Fort Totten Drive, NE, Apt 209, Washington, DC 20011**

**Mass Dept of Revenue, PO Box 7090, Boston, MA 02204**

**Miguel Ayala, 2020 Maryland Avenue, #101, Washington, DC 20002**

**National Funding, 4380 LaJolla Village Drive, Ste. 300, San Diego, CA 92122**

**Other Unpaid Taxes, Unknown**

**Patricio Sandi Hurtado, 4703 Kettler Court, Woodbridge, VA 22193**

**Payton Menges, 507 Broadneck Place , #303, Annapolis, MD 21409**

**PEPCO, 701 9th ST. NW, Washington, DC 20068**

**Profish, Oceanpro, 1900 Fenwick Street, NE, Washington, DC 20002**

**Small Business Administration, PO Box 3918, Portland, OR 97208-5638**

**Stanley Martinez, 601 Edgewood Street, NE, Washington, DC 20017**

**The Chef's Warehouse, 100 East Ridge Road, Ridgefield, CT 06877**

**United Healthcare Insurance Company, PO Box 7346, Atlanta, GA 30374**

**Washington Gas, 6801 Industrial Drive, Springfield, VA 22151**

**/s/ Charles E Walton**
**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357Fax:301-292-9439**
**cwalton@cwaltonlaw.com**