IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

GRAVITAS NW, LLC,

      Debtor                               Case No. 26-00199-ELG

                                              Chapter 11

**DEBTOR'S RESPONSE TO ACTING UNITED STATES TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF CHARLES E. WALTON, ESQUIRE AND WALTON LAW GROUP, LLC AS COUNSEL FOR DEBTOR**

COMES NOW the Debtor, Gravitas NW, LLC, by and through its proposed counsel, Charles E. Walton, Esquire and Walton Law Group, LLC, and hereby responds to the Acting United States Trustee's Limited Objection to Debtor's Application for Approval of Employment of Charles E. Walton, Esquire and Walton Law Group, LLC as Counsel for Debtor, and states as follows:

1. The Debtor appreciates the role of the Office of the United States Trustee in monitoring the administration of bankruptcy cases and does not oppose the reasonable request for additional information and disclosures.

2. Since the filing of the Employment Application, counsel for the Debtor has supplied and has been working diligently to provide supplemental information requested by the Office of the United States Trustee and to address all questions concerning the engagement of counsel and the terms of representation.

3. The Debtor notes that this Chapter 11 case was filed on an emergency basis to protect the Debtor's interests and preserve estate assets. Due to the expedited

filing, certain information requested by the Trustee has been, and continues to be, amended and supplemented as additional documentation is gathered and reviewed.

4. Specifically, information concerning counsel's engagement, employment disclosures, compensation arrangements, and related matters has been provided and, where necessary, is being amended and supplemented in response to the Trustee's requests.

5. The Debtor is actively cooperating with the Office of the United States Trustee and is committed to providing any remaining information necessary for the Trustee's review of the Employment Application, if additional information is desired.

6. The Debtor respectfully submits that any deficiencies identified by the Trustee are procedural in nature and are capable of being cured through amendment and supplementation. The Debtor does not believe that denial of the Employment Application is warranted under the circumstances.

7. The Debtor further submits that approval of counsel's employment is in the best interests of the estate and its creditors, as counsel has been actively representing the Debtor since the commencement of this emergency Chapter 11 proceeding and possesses knowledge of the Debtor's operations, assets, liabilities, and reorganization efforts.

8. To the extent the Court determines that additional disclosures are necessary, the Debtor respectfully requests leave to supplement the Application and related disclosures rather than deny the Application outright.

WHEREFORE, the Debtor respectfully requests that this Honorable Court:

A. Overrule or defer ruling upon the Acting United States Trustee's Limited Objection pending completion of the supplemental disclosures;

B. Permit the Debtor and proposed counsel to amend and supplement any disclosures requested by the Office of the United States Trustee;

C. Approve the employment of Charles E. Walton, Esquire and Walton Law Group, LLC as counsel for the Debtor.

D. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

WALTON LAW GROUP, LLC

/s/ Charles E. Walton
Charles E. Walton, Esquire
Counsel for Debtor
Walton Law Group, LLC
10905 Fort Washington Rd Ste 201
Fort Washington, MD 20744
cwalton@cwaltonlaw.com
301-292-8357

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  June 23, 2026, a true and correct copy of the foregoing Response was served via the Court's CM/ECF system upon all parties entitled to notice, including:

Kristen S. Eustis, Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

, and all parties receiving electronic notice through the Court's CM/ECF system.

/s/ Charles E. Walton
Charles E. Walton