**Fill in this information to identify the case:**

Debtor name     **Gravitas NW, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    **26-00199**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **Declaration in Support of Chapter 11 Filing**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2026**        X **/s/ Matt Baker**
Signature of individual signing on behalf of debtor

**Matt Baker**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **Gravitas NW, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   **26-00199**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $ **500,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................   $ **500,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $ **679,926.85**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ **321,654.10**

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b   $ **1,001,580.95**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gravitas NW, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | **26-00199** |

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**DC Office of Tax and Revenue**
**1101 4th Street, S.W.**
**7th Floor**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Total claim $511,503.35    Priority amount $443,966.15**

Date or dates debt was incurred
**11-30-2025**

Basis for the claim:
**DC Sales and Use Tax**

Last 4 digits of account number **7377**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2**

Priority creditor's name and mailing address
**IRS**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim $9,548.44    Priority amount $100.00**

Date or dates debt was incurred

Basis for the claim:
**Federal Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
**Mass Dept of Revenue**
**PO Box 7090**
**Boston, MA 02204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,844.06**   **$4,048.95**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Other Unpaid Taxes**
**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**labor**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Small Business Administration**
**PO Box 3918**
**Portland, OR 97208-5638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$150,031.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**SBA Economic Injury Disaster Loan**

Last 4 digits of account number **0001**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** | **Nonpriority creditor's name and mailing address**
**Adams Burch**
**1901 Stanford Court**
**Hyattsville, MD 20785**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4610**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental Equipment**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,248.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**
**Alonso Duenas**
**5514 Chillum Place, NE**
**Washington, DC 20011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$565.61**

---

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,313.04**

**Alsco Uniforms**
**4900 Philadelphia Way**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uniforms**

Last 4 digits of account number  **4610**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.76**

**Ana Vasquez**
**8911 Spring Avenue**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,402.00**

**AP DC Tomato's LLC**
**4795 Meadow Wood Lane**
**Suite 100E**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property Lease**

Last 4 digits of account number  **s105**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,272.56**

**Betty Tesfaye**
**16 Channing Street, NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Christopher Huggins**
**1401 New York Avenue, NE #623**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.14**

**Floriana Garcia**
**2520 10th Street, NE, #34**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,606.14**

**Gerardo Mejia**
**4530 Fort Totten Drive, NE, Apt# 209**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Huntsman Specialty Game**
**8208 Cinder Bed Road, #E**
**Lorton, VA 22079**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*        **$1,026.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Jonathan Soliis**
**8701 Barron Street, Apt 6**
**Takoma Park, MD 20912**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **$263.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Kafi King**
**1401 New York Avenue, #623**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Lyman Smith**
**11443 Ledbury Way**
**Germantown, MD 20876**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **$790.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Maria Mejia Flores**
**4530 Fort Totten Drive, NE, Apt 209**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **$493.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Miguel Ayala**
**2020 Maryland Avenue, #101**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*        **$81.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
**National Funding**
**4380 LaJolla Village Drive, Ste. 300**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*        **$147,248.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address**
**Patricio Sandi Hurtado**
**4703 Kettler Court**
**Woodbridge, VA 22193**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$182.81**

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Payton Menges**
**507 Broadneck Place , #303**
**Annapolis, MD 21409**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,004.66**

---

**3.19** | **Nonpriority creditor's name and mailing address**
**PEPCO**
**701 9th ST. NW**
**Washington, DC 20068**

Date(s) debt was incurred _
Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

**$27,033.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Profish**
**Oceanpro**
**1900 Fenwick Street, NE**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,200.00**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Stanley Martinez**
**601 Edgewood Street, NE**
**Washington, DC 20017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$876.01**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**The Chef's Warehouse**
**100 East Ridge Road**
**Ridgefield, CT 06877**

Date(s) debt was incurred _
Last 4 digits of account number  **4610**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,411.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**United Healthcare Insurance Company**
**PO Box 7346**
**Atlanta, GA 30374**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Insurance**

Is the claim subject to offset?  ■ No  ☐ Yes

**$833.33**

---

| Debtor | **Gravitas NW, LLC** | Case number (if known) | **26-00199** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,351.00** |
|---|---|---|---|

**Washington Gas**
**6801 Industrial Drive**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4610**

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

<table>
<tr><td>Part 3:</td><td><strong>List Others to Be Notified About Unsecured Claims</strong></td></tr>
</table>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

<table>
<tr><td>Part 4:</td><td><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 679,926.85 |
| **5b. Total claims from Part 2** | 5b. + | $ 321,654.10 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 1,001,580.95 |

Adams Burch
1901 Stanford Court
Hyattsville, MD 20785


Alonso Duenas
5514 Chillum Place, NE
Washington, DC 20011


Alsco Uniforms
4900 Philadelphia Way
Lanham, MD 20706


Ana Vasquez
8911 Spring Avenue
Lanham, MD 20706


AP DC Tomato's LLC
4795 Meadow Wood Lane
Suite 100E
Chantilly, VA 20151


Betty Tesfaye
16 Channing Street, NW
Washington, DC 20001


Christopher Huggins
1401 New York Avenue, NE #623
Washington, DC 20002


DC Office of Tax and Revenue
1101 4th Street, S.W.
7th Floor
Washington, DC 20024

Floriana Garcia
2520 10th Street, NE, #34
Washington, DC 20018


Gerardo Mejia
4530 Fort Totten Drive, NE, Apt# 209
Washington, DC 20011


Huntsman Specialty Game
8208 Cinder Bed Road, #E
Lorton, VA 22079


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Jemal's Pappas Tomato LLC
AP DC Tomato's LLC
c/o Douglas Development Corporation
702 H Street, N.W., Ste. 400
Washington, DC 20001


Jonathan Soliis
8701 Barron Street, Apt 6
Takoma Park, MD 20912


Kafi King
1401 New York Avenue, #623
Washington, DC 20002


Lyman Smith
11443 Ledbury Way
Germantown, MD 20876

Maria Mejia Flores
4530 Fort Totten Drive, NE, Apt 209
Washington, DC 20011


Mass Dept of Revenue
PO Box 7090
Boston, MA 02204


Matt Baker
1401 Okie Street, N.E.
Washington, DC 20002


Miguel Ayala
2020 Maryland Avenue, #101
Washington, DC 20002


National Funding
4380 LaJolla Village Drive, Ste. 300
San Diego, CA 92122


Other Unpaid Taxes
Unknown


Patricio Sandi Hurtado
4703 Kettler Court
Woodbridge, VA 22193


Payton Menges
507 Broadneck Place , #303
Annapolis, MD 21409


PEPCO
701 9th ST. NW
Washington, DC 20068

```
Profish
Oceanpro
1900 Fenwick Street, NE
Washington, DC 20002
```

```
Small Business Administration
PO Box 3918
Portland, OR 97208-5638
```

```
Stanley Martinez
601 Edgewood Street, NE
Washington, DC 20017
```

```
The Chef's Warehouse
100 East Ridge Road
Ridgefield, CT 06877
```

```
United Healthcare Insurance Company
PO Box 7346
Atlanta, GA 30374
```

```
Washington Gas
6801 Industrial Drive
Springfield, VA 22151
```

## United States Bankruptcy Court
### District of Columbia

In re   **Gravitas NW, LLC** _____   Case No.   **26-00199** _____

_____ Debtor(s)   Chapter   **11** _____

AMENDMENT TO LIST OF CREDITORS AND MAILING
MATRIX TO ADD PREVIOUSLY UNLISTED ENTITY OR ENTITIES

     1.  for the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is **amended to add the name and address of each such entity.**  The attached list, consists of **4** pages and a total of **31** entities listed with their correct addresses.

     2.  As hereby amended (and as amended by any prior amendments filed and by an amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

     Executed on **June 26, 2026** by:

          **/s/ Matt Baker**
          Debtor

     Executed on **June 26, 2026** by:


          Joint Debtor (if joint case filed by both spouses)

**United States Bankruptcy Court**
**District of Columbia**

In re   **Gravitas NW, LLC**

Debtor(s)

Case No.   **26-00199**

Chapter   **11**

## LIST OF CREDITORS AND MAILING MATRIX - AMENDED

1.      The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __4__ pages and a total of __31__ entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:   **June 26, 2026**                              **/s/ Matt Baker**
                                                                    **Matt Baker**/**Managing Member**
                                                                    Signer/Title

# United States Bankruptcy Court
## District of Columbia

In re   **Gravitas NW, LLC**

Debtor(s)

Case No.   **26-00199**

Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on  **June 26, 2026**, a copy of the Summary of Asset and Liabilities, Declaration Regarding Non Individual Schedules, Amendment to Matrix Adding Creditors, Amended Schedule E/F, Creditor Matrix and Verification was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee CM/ECF System**

**Adams Burch, 1901 Stanford Court, Hyattsville, MD 20785**

**Alonso Duenas, 5514 Chillum Place, NE, Washington, DC 20011**

**Alsco Uniforms, 4900 Philadelphia Way, Lanham, MD 20706**

**Ana Vasquez, 8911 Spring Avenue, Lanham, MD 20706**

**AP DC Tomato's LLC, 4795 Meadow Wood Lane, Suite 100E, Chantilly, VA 20151**

**Betty Tesfaye, 16 Channing Street, NW, Washington, DC 20001**

**Christopher Huggins, 1401 New York Avenue, NE #623, Washington, DC 20002**

**DC Office of Tax and Revenue, 1101 4th Street, S.W., 7th Floor, Washington, DC 20024**

**Floriana Garcia, 2520 10th Street, NE, #34, Washington, DC 20018**

**Gerardo Mejia, 4530 Fort Totten Drive, NE, Apt# 209, Washington, DC 20011**

**Huntsman Specialty Game, 8208 Cinder Bed Road, #E, Lorton, VA 22079**

**IRS, PO Box 7346, Philadelphia, PA 19101-7346**

**Jonathan Soliis, 8701 Barron Street, Apt 6, Takoma Park, MD 20912**

**Kafi King, 1401 New York Avenue, #623, Washington, DC 20002**

**Lyman Smith, 11443 Ledbury Way, Germantown, MD 20876**

**Maria Mejia Flores, 4530 Fort Totten Drive, NE, Apt 209, Washington, DC 20011**

**Mass Dept of Revenue, PO Box 7090, Boston, MA 02204**

**Miguel Ayala, 2020 Maryland Avenue, #101, Washington, DC 20002**

**National Funding, 4380 LaJolla Village Drive, Ste. 300, San Diego, CA 92122**

**Other Unpaid Taxes, Unknown**

**Patricio Sandi Hurtado, 4703 Kettler Court, Woodbridge, VA 22193**

**Payton Menges, 507 Broadneck Place , #303, Annapolis, MD 21409**

**PEPCO, 701 9th ST. NW, Washington, DC 20068**

**Profish, Oceanpro, 1900 Fenwick Street, NE, Washington, DC 20002**

**Small Business Administration, PO Box 3918, Portland, OR 97208-5638**

**Stanley Martinez, 601 Edgewood Street, NE, Washington, DC 20017**

**The Chef's Warehouse, 100 East Ridge Road, Ridgefield, CT 06877**

**United Healthcare Insurance Company, PO Box 7346, Atlanta, GA 30374**

**Washington Gas, 6801 Industrial Drive, Springfield, VA 22151**

**/s/ Charles E Walton**
**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357Fax:301-292-9439**

**cwalton@cwaltonlaw.com**