**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **GRAVITAS NW LLC,** | **Case No.: 26-00199-ELG** |
| **Debtor.** | |
| | **Chapter 11** |

**DECLARATION OF MATTHEW BAKER IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION TO DISMISS**

I, Matthew Baker, hereby declare under penalty of perjury as follows:

1. I am the principal and majority owner of Gravitas NW LLC (the "Debtor"). I submit this Declaration in support of the Debtor's Opposition to the United States Trustee's Motion to Dismiss.

2. Gravitas is a Michelin-starred restaurant located in Washington, D.C. The restaurant has built a strong reputation, loyal customer base, and consistent demand over several years of operation.

3. Prior to the events leading to this filing, Gravitas operated as a successful and profitable business. Like many restaurants, the business experienced financial strain following the COVID-19 pandemic, including increased operating costs and reduced margins, which contributed to accumulated debt, including tax liabilities.

4. In or about January 2026, the District of Columbia seized and removed key assets of the business in connection with tax enforcement actions. As a result, the restaurant was forced to cease operations.

5. The Chapter 11 case was filed as an emergency measure to stop the sale of assets and preserve the business as a going concern. My intent in filing was to regain control of the business assets, stabilize the company, and reopen operations.

6. Since the filing of this case, I have been actively working to reorganize the business and position it for reopening.

7. The Debtor has filed a Motion for Turnover seeking the return of its assets so that operations may be restored.

8. The Debtor has also been working cooperatively with its landlord, and the lease for the premises has been affirmed, which is critical to reopening the restaurant.

9. I am currently engaged in discussions with Meraki Hospitality, a hospitality-focused private equity group, regarding a potential investment in the business and a transition of

ownership and management. These discussions are ongoing and subject to further diligence and documentation. While no final agreement has been executed, the discussions are active and progressing.

10. In addition, the Debtor has initiated an insurance claim relating to the damage and loss of furniture, fixtures, equipment, and inventory. I have been informed that the claim has been opened, and the Debtor is working with its insurance representatives to assess and pursue recovery. The amount of any recovery remains subject to review and determination by the insurance carrier.

11. Based on these efforts, it is my intention to reopen Gravitas as soon as practicable, with a current target timeframe of Fall 2026, subject to completion of financing and restoration of assets.

12. I believe that Gravitas retains substantial value, including its Michelin Star recognition, established customer base, and strong market presence, as reflected in the Debtor's Monthly Operating Report.

13. The Debtor has taken steps to address the issues identified by the United States Trustee, including filing Monthly Operating Reports, amending Schedules and the Statement of Financial Affairs, providing insurance information, and applying for a debtor-in-possession bank account.

14. Any delays in providing information were the result of the disruption caused by the seizure of assets and transition in financial management, and not due to any lack of good faith.

15. It is my belief that the business can be successfully reorganized and returned to operation, and that doing so will provide a significantly greater recovery to creditors than dismissal of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___July 1st___, 2026

**Matt Baker**
ID ZZ2f8ExdWBEDhipcfn3HUkcT
Managing Member
Gravitas NW LLC

2

# eSignature Details

**Signer ID:**            **ZZ2f8ExdWBEDhipcfn3HUkcT**
Signed by:            Matt Baker (On behalf of Gravitas NW LLC)
Sent to email:        matt@gravitasdc.com
IP Address:          74.96.0.3
Signed at:           Jul 1 2026, 6:13 pm EDT