*[handwritten: Insurance Claim Status]*

**From:** Tara Applegate <Tara@preferins.com>
**Sent:** Thursday, June 4, 2026 5:05 PM
**To:** Zhiwen Zheng <ZZheng@cwpconsulting.com>
**Cc:** Chef Matt Baker <matt@gravitasdc.com>; TJ Wooldridge <tj@preferins.com>; Tina Latimer <tlatimer@cwpconsulting.com>; Sandy Bellamy <sandytbella
<blair@bellaconstructionmanagement.com>
**Subject:** RE: Gravitas Claim

Good Afternoon Jack,

Thank you for the information. We have filed the claim and someone from Erie will reach out over the next 24-48 business hours to go over the next steps.

Please be sure to reference the claim number in all communications with claims. I will forward your email with the estimates to claims.

Claim Number: **A00007721226**
Policy Number: **Q61-0124307**

Let me know if I can help with anything else.

Regards,

**Tara Applegate**
*Commercial Lines Account Manager*
**Preferred Insurance Services, Inc.**