*DUP Account Status*

From: "Vasquez, Karla" <kvasquez1@mtb.com>
Date: July 1, 2026 at 11:10:17 AM EDT
To: Chef Matt Baker <matt@gravitasdc.com>
Subject: RE: Gravitas Account


Good Morning,

Mr. Baker,

Good News! Your account has been approved for opening. I can see you Monday July 6th at 11: 00 am, so we can proceed with account opening.


**Karla Vasquez**
M&T Bank| Retail Banking
Fort Washington Branch| Bilingual Relationship Banker
11807 Livingston Rd, Fort Washington, MD 20744
Phone: 301 292 3298| Fax: 301 292 3721
kvasquez1@mtb.com|www.mtb.com
NMLS ID# 2572099

**M&T** Bank