*Investor Term Sheet* (handwritten)

# GRAVITAS / MERAKI TERM SHEET

## Proposed Equity Investment and Reorganization Transaction

Date: June __, 2026

Parties

**Investor:** Meraki Hospitality ("Meraki")

**Company:** Gravitas NW, LLC (the "Company"), currently operating under Chapter 11 protection and presently owned by 101 Hospitality, LLC.

---

## Purpose

This Term Sheet outlines the principal terms under which Meraki Hospitality proposes to invest in Gravitas in connection with the Company's Chapter 11 Plan of Reorganization.

Except for the sections relating to confidentiality, exclusivity, governing law, and expenses, this Term Sheet is intended solely as a statement of the parties' current intentions and does not constitute a legally binding obligation until definitive agreements are executed.

---

## Transaction

Meraki Hospitality proposes to make a new equity investment into Gravitas in support of the Company's emergence from Chapter 11 bankruptcy.

The investment is contingent upon confirmation of the Chapter 11 Plan and approval by the United States Bankruptcy Court.

---

## Investment Amount

Total New Equity Investment:

**$500,000**

The investment shall be contributed as new equity capital and shall not constitute indebtedness of Gravitas.

## Use of Proceeds

The investment is expected to be used substantially as follows:

- Restaurant renovations and improvements
- Furniture, fixtures and equipment
- Repairs, recommissioning, and equipment connections
- Inventory purchases
- Pre-opening payroll and employee training
- Marketing and reopening initiatives
- Immediate creditor payments required for reopening
- Working capital and operating reserves

A detailed Sources and Uses schedule shall be attached as an exhibit to the Chapter 11 Plan.

## Ownership Structure

Upon confirmation of the Chapter 11 Plan and closing of the transaction:

- Meraki Hospitality shall acquire a controlling ownership interest in Gravitas.
- 101 Hospitality shall retain a minority ownership interest, the percentage of which shall be established in the definitive operating agreement.
- Existing ownership interests shall be restructured pursuant to the confirmed Plan of Reorganization.

## Management

Following closing:

- Meraki Hospitality shall assume day-to-day operational oversight.
- Chef Matt Baker shall continue as Culinary Director and Brand Ambassador for Gravitas.
- Key operational decisions shall be made jointly by Meraki Hospitality and management pursuant to the governing operating agreement.
- A formal annual operating budget and business plan shall be adopted.

## Business Strategy

The reorganized Company intends to:

- Reopen Gravitas on or before October 1, 2026.

- Operate Thursday through Sunday during the initial stabilization period.
- Expand revenue through enhanced utilization of The Conservatory rooftop venue.
- Implement improved financial reporting and internal controls.
- Execute a digital-first marketing strategy emphasizing social media, influencers, and direct customer engagement.

## Conservatory Activation

Meraki Hospitality possesses substantial experience in hospitality, nightlife operations, beverage programming, and event activation.

Following closing, Meraki intends to reposition The Conservatory rooftop as a significant revenue-generating component of the Gravitas business through:

- Elevated beverage programming
- Seasonal activations
- Private events
- Corporate functions
- Lifestyle programming
- Brand collaborations
- Curated nightlife experiences

These initiatives are expected to generate incremental revenue beyond the historical operating model.

## Chapter 11 Support

Meraki Hospitality acknowledges that the proposed investment is intended to support the Company's Chapter 11 Plan of Reorganization.

Meraki intends to cooperate with the Company in presenting evidence demonstrating:

- Availability of committed investment capital.
- Financial feasibility of the proposed Plan.
- Adequate capitalization upon emergence.
- Long-term operational viability.

## Conditions to Closing

The transaction shall be subject to customary conditions, including:

- Confirmation of the Chapter 11 Plan.
- Bankruptcy Court approval.
- Completion of mutually satisfactory due diligence.
- Execution of definitive transaction documents.
- Approval of all required governmental or regulatory matters.
- Completion of negotiated creditor settlements consistent with the confirmed Plan.

## Governance

The definitive operating agreement is expected to include provisions addressing:

- Board or manager composition.
- Reserved major decisions.
- Annual budgets.
- Capital expenditures.
- Financial reporting.
- Banking authority.
- Admission of future investors.
- Transfer restrictions.
- Buy-sell provisions.
- Deadlock resolution.

## Financial Controls

Following closing, Gravitas will implement enhanced financial governance, including:

- Weekly cash flow reporting.
- Monthly financial statements.
- Annual operating budgets.
- Independent accounting oversight.
- Formal purchasing controls.
- Labor and food cost monitoring.
- Periodic reporting to ownership.

## Intent

The parties acknowledge that the objective of this transaction is to preserve and strengthen the Gravitas business through new capitalization, experienced operational leadership, and a

financially sustainable business model that provides substantially greater value to creditors than liquidation.

The parties intend to negotiate in good faith and execute definitive agreements consistent with the terms outlined herein.

## Acknowledged and Agreed

Meraki Hospitality LLC

By: _____

Name:

Title:

Date:

101 Hospitality, LLC

By: _____

Name: Matt Baker

Title: Managing Member

Date: