*Investor Equity Agreement*

# RESTRUCTURING SUPPORT AND EQUITY COMMITMENT AGREEMENT

**This Restructuring Support and Equity Commitment Agreement ("Agreement")** is entered into as of _____, 2026, by and among:

**101 Hospitality, LLC ("101 Hospitality"),**

**Gravitas NW, LLC ("Gravitas" or the "Company"),**

and

**Meraki Hospitality, LLC ("Meraki").**

Collectively referred to herein as the "Parties."

---

# RECITALS

WHEREAS, Gravitas is currently operating as a debtor-in-possession under Chapter 11 of the United States Bankruptcy Code;

WHEREAS, the Parties desire to reorganize Gravitas through a confirmed Plan of Reorganization that preserves the business as a going concern;

WHEREAS, Meraki desires to invest new equity capital into Gravitas and assume an active ownership and management role;

WHEREAS, the Parties acknowledge that continuation of Gravitas as an operating business will provide substantially greater value to creditors than liquidation;

NOW THEREFORE, the Parties agree as follows:

---

# ARTICLE I

## Purpose

The purpose of this Agreement is to:

- Demonstrate Meraki Hospitality's commitment to invest new equity capital into Gravitas.
- Support confirmation of the Chapter 11 Plan.

- Establish the framework for the post-confirmation ownership and management of Gravitas.
- Provide assurance to the Bankruptcy Court, the United States Trustee, and creditors that sufficient capital exists to successfully reorganize the Company.

# ARTICLE II

## Equity Commitment

Meraki Hospitality commits to invest:

**Five Hundred Thousand Dollars ($500,000)** in newly issued equity interests of Gravitas. The investment shall consist entirely of equity capital and shall not constitute indebtedness of Gravitas.

The capital shall be contributed at closing, subject to the conditions contained herein.

# ARTICLE III

## Use of Funds from Investment

The Parties anticipate that the investment proceeds will be substantially used for:

| Use | Estimated Amount |
| --- | --- |
| Restaurant Improvements | $125,000 |
| Furniture, Fixtures & Equipment | $50,000 |
| Repairs & Equipment Recommissioning | $25,000 |
| Inventory | $25,000 |
| Pre-Opening Payroll | $25,000 |
| Marketing & Public Relations | $25,000 |
| Immediate Creditor Payments | $41,295 |
| Operating Working Capital | $183,705 |

The Parties acknowledge that management may reasonably adjust allocations as necessary to facilitate reopening.

# ARTICLE IV

## Reorganization Support

Meraki agrees to actively support confirmation of the Company's Chapter 11 Plan by:

- Providing evidence of financial capability.
- Cooperating with management and bankruptcy counsel.
- Executing documents reasonably required by the Bankruptcy Court.
- Participating in meetings with creditors and the United States Trustee.
- Assisting with financing and operational planning.

# ARTICLE V

## Ownership Following Closing

Upon Closing:

- Meraki Hospitality shall acquire a controlling ownership interest in Gravitas.
- 101 Hospitality shall retain a continuing minority ownership interest.
- Exact ownership percentages shall be established in the definitive Operating Agreement executed at Closing.

# ARTICLE VI

## Management

Following emergence:

Meraki Hospitality shall oversee:

- Financial management
- Operations
- Marketing
- Beverage programming
- Event programming
- Business development

Chef Matt Baker shall continue to lead:

- Culinary direction
- Menu development

- Brand standards
- Public relations
- Media appearances
- Strategic vision

Management decisions shall be governed by the definitive Operating Agreement.

# ARTICLE VII

## Business Plan

Following confirmation, Gravitas intends to:

- Reopen on or before October 1, 2026.
- Operate Thursday through Sunday.
- Focus on profitability before expansion.
- Implement enhanced financial controls.
- Expand rooftop operations.
- Increase private dining.
- Execute an influencer-first marketing strategy.
- Improve operating margins.

# ARTICLE VIII

## Financial Reporting

Following Closing, Gravitas shall implement:

- Weekly cash flow reports
- Monthly financial statements
- Annual operating budgets
- Inventory controls
- Food and labor cost reporting
- Independent bookkeeping
- Annual CPA review

# ARTICLE IX

## Conditions to Closing

The obligations of Meraki are conditioned upon:

1. Confirmation of the Chapter 11 Plan.
2. Bankruptcy Court approval.
3. Satisfactory completion of due diligence.
4. Execution of definitive transaction documents.
5. Completion of creditor settlements substantially consistent with the Plan.
6. Receipt of all required governmental approvals.
7. Reinstatement of necessary permits and licenses.

---

# ARTICLE X

## Good Faith

The Parties agree to negotiate definitive agreements in good faith and use commercially reasonable efforts to consummate the transactions contemplated herein.

---

# ARTICLE XI

## Exclusivity

Until confirmation of the Chapter 11 Plan, neither Gravitas nor 101 Hospitality shall solicit or negotiate competing equity investments without the written consent of Meraki, except as required by applicable bankruptcy law or order of the Bankruptcy Court.

---

# ARTICLE XII

## Governing Law

This Agreement shall be governed by the laws of the District of Columbia and applicable provisions of the United States Bankruptcy Code.

---

# ARTICLE XIII

## Intent

The Parties acknowledge that this Agreement is intended to demonstrate the financial feasibility of the proposed Chapter 11 Plan and Meraki Hospitality's commitment to recapitalize Gravitas.

The Parties further acknowledge that definitive legal documents, including an Operating Agreement, Membership Interest Purchase Agreement, and related closing documents, will be executed prior to consummation of the transaction.

Except for provisions relating to confidentiality, exclusivity, governing law, and good faith negotiations, this Agreement reflects the Parties' present intentions pending execution of definitive agreements.

---

# SIGNATURES

## MERAKI HOSPITALITY, LLC

By: _____

Name:

Title:

Date:

---

## 101 HOSPITALITY, LLC

By: _____

Name: Matt Baker

Title: Managing Member

Date:

## GRAVITAS NW, LLC

By: _____

Name: Matt Baker

Title: Managing Member

Date: