# United States Bankruptcy Court
### District of Columbia

In re   **Gravitas NW, LLC**

Debtor(s)

Case No.   **26-00199**

Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on  **July 1, 2026**, a copy of Debtor's Response in Opposition to the U.S. Trustees Motion, Declaration of Matthew Baker **and Supporting Exhibits** were served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee CM/ECF System**
**Adams Burch, 1901 Stanford Court, Hyattsville, MD 20785**

**Alonso Duenas, 5514 Chillum Place, NE, Washington, DC 20011**

**Alsco Uniforms, 4900 Philadelphia Way, Lanham, MD 20706**

**Ana Vasquez, 8911 Spring Avenue, Lanham, MD 20706**

**AP DC Tomato's LLC, 4795 Meadow Wood Lane, Suite 100E, Chantilly, VA 20151**

**Betty Tesfaye, 16 Channing Street, NW, Washington, DC 20001**

**Christopher Huggins, 1401 New York Avenue, NE #623, Washington, DC 20002**

**DC Office of Tax and Revenue, 1101 4th Street, S.W., 7th Floor, Washington, DC 20024**

**Floriana Garcia, 2520 10th Street, NE, #34, Washington, DC 20018**

**Gerardo Mejia, 4530 Fort Totten Drive, NE, Apt# 209, Washington, DC 20011**

**Huntsman Specialty Game, 8208 Cinder Bed Road, #E, Lorton, VA 22079**

**IRS, PO Box 7346, Philadelphia, PA 19101-7346**

**Jonathan Soliis, 8701 Barron Street, Apt 6, Takoma Park, MD 20912**

**Kafi King, 1401 New York Avenue, #623, Washington, DC 20002**

**Lyman Smith, 11443 Ledbury Way, Germantown, MD 20876**

**Maria Mejia Flores, 4530 Fort Totten Drive, NE, Apt 209, Washington, DC 20011**

**Mass Dept of Revenue, PO Box 7090, Boston, MA 02204**

**Miguel Ayala, 2020 Maryland Avenue, #101, Washington, DC 20002**

**National Funding, 4380 LaJolla Village Drive, Ste. 300, San Diego, CA 92122**

---

**Other Unpaid Taxes, Unknown**

---

**Patricio Sandi Hurtado, 4703 Kettler Court, Woodbridge, VA 22193**

---

**Payton Menges, 507 Broadneck Place , #303, Annapolis, MD 21409**

---

**PEPCO, 701 9th ST. NW, Washington, DC 20068**

---

**Profish, Oceanpro, 1900 Fenwick Street, NE, Washington, DC 20002**

---

**Small Business Administration, PO Box 3918, Portland, OR 97208-5638**

---

**Stanley Martinez, 601 Edgewood Street, NE, Washington, DC 20017**

---

**The Chef's Warehouse, 100 East Ridge Road, Ridgefield, CT 06877**

---

**United Healthcare Insurance Company, PO Box 7346, Atlanta, GA 30374**

---

**Washington Gas, 6801 Industrial Drive, Springfield, VA 22151**

---

**/s/ Charles E Walton**

---

**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744 301-292-8357Fax:301-292-9439 cwalton@cwaltonlaw.com**