**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

In re:

**GRAVITAS NW, LLC,**                                           Chapter 11

Debtor.                                                      Case No. 26-00199 ELG


**DEBTOR'S RESPONSE TO AP DC TOMATO'S LLC'S MOTION FOR
ENTRY OF AN ORDER COMPELLING PAYMENT OF POST-PETITION
RENT**

Gravitas NW, LLC, the above-captioned Debtor and Debtor-in-Possession ("Debtor"), by and through counsel, hereby files this Response to AP DC Tomato's LLC's Motion for Entry of an Order Compelling Debtor's Payment of Post-Petition Rent Due Under Unexpired Non-Residential Property Lease Pursuant to 11 U.S.C. § 365(d)(3), and respectfully states as follows:

1. The Debtor acknowledges that post-petition rent obligations exist under the Lease and does not dispute that rent has accrued.

2. The Debtor's failure to make the post-petition rent payments is not the result of bad faith or an intent to disregard its obligations. Rather, the Debtor currently lacks sufficient income or available funds with which to satisfy the outstanding post-petition rent obligations.

3. Since the commencement of this Chapter 11 case, the Debtor has been actively working to reorganize its business operations and restore revenue-generating activities. The Debtor's objective is to resume earning income so that it may satisfy its obligations to the Landlord as well as its obligations to all creditors through a successful reorganization.

4. The Debtor and the Landlord have engaged in productive discussions and have reached a tentative agreement in principle regarding the treatment and resolution of both the pre-petition and post-petition lease obligations. The agreement remains subject to negotiation of final terms and approval by this Court.

5. Because the parties are actively working toward a consensual resolution that addresses both the pre-petition and post-petition obligations, entry of the relief requested in the Motion at this time is unnecessary and may interfere with the parties' efforts to finalize their agreement.

6. The Debtor respectfully submits that denying the Motion without prejudice will allow the parties to present their negotiated resolution to the Court for approval while permitting the Debtor to continue its efforts to restore operations and generate the income necessary to satisfy its obligations.

WHEREFORE, the Debtor respectfully requests that this Court:

A. Deny the Landlord's Motion, without prejudice;

B. Permit the parties to finalize and present their negotiated agreement concerning the treatment of both pre-petition and post-petition lease obligations for Court approval;

C. Allow the Debtor to continue its reorganization efforts so that it may resume generating income to pay the Landlord and its remaining creditors; and

D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Charles E. Walton
Charles E. Walton
10905 Fort Washington Road
Suite 201
Fort Washington, MD 20744
301-292-8357
cwalton@cwaltonlaw.com
Counsel for Debtor
GRAVITAS NW, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 4 day of July, 2026, a true and correct copy of the foregoing Debtor's Response to AP DC Tomato's LLC's Motion for Entry of an Order Compelling Debtor's Payment of Post-Petition Rent Due Under Unexpired Non-Residential Property Lease Pursuant  was  served electronically on the movant  via the Court's CM/ECF system and upon all parties registered to receive electronic notice in this case.

/s/ Charles E. Walton
Charles E. Walton