## United States Bankruptcy Court
### District of Columbia

In re   **Gravitas NW, LLC**

Debtor(s)

Case No.   **26-00199**

Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 8, 2026**, a copy of the June 2029 Monthly Operating Report (MOR) was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee CM/ECF System**

Adams Burch, 1901 Stanford Court, Hyattsville, MD 20785

Alonso Duenas, 5514 Chillum Place, NE, Washington, DC 20011

Alsco Uniforms, 4900 Philadelphia Way, Lanham, MD 20706

Ana Vasquez, 8911 Spring Avenue, Lanham, MD 20706

AP DC Tomato's LLC, 4795 Meadow Wood Lane, Suite 100E, Chantilly, VA 20151

Betty Tesfaye, 16 Channing Street, NW, Washington, DC 20001

Christopher Huggins, 1401 New York Avenue, NE #623, Washington, DC 20002

DC Office of Tax and Revenue, 1101 4th Street, S.W., 7th Floor, Washington, DC 20024

Floriana Garcia, 2520 10th Street, NE, #34, Washington, DC 20018

Gerardo Mejia, 4530 Fort Totten Drive, NE, Apt# 209, Washington, DC 20011

Huntsman Specialty Game, 8208 Cinder Bed Road, #E, Lorton, VA 22079

IRS, PO Box 7346, Philadelphia, PA 19101-7346

Jonathan Soliis, 8701 Barron Street, Apt 6, Takoma Park, MD 20912

Kafi King, 1401 New York Avenue, #623, Washington, DC 20002

Lyman Smith, 11443 Ledbury Way, Germantown, MD 20876

Maria Mejia Flores, 4530 Fort Totten Drive, NE, Apt 209, Washington, DC 20011

Mass Dept of Revenue, PO Box 7090, Boston, MA 02204

Miguel Ayala, 2020 Maryland Avenue, #101, Washington, DC 20002

National Funding, 4380 LaJolla Village Drive, Ste. 300, San Diego, CA 92122

Other Unpaid Taxes, Unknown

Patricio Sandi Hurtado, 4703 Kettler Court, Woodbridge, VA 22193

Payton Menges, 507 Broadneck Place , #303, Annapolis, MD 21409

PEPCO, 701 9th ST. NW, Washington, DC 20068

Profish, Oceanpro, 1900 Fenwick Street, NE, Washington, DC 20002

Small Business Administration, PO Box 3918, Portland, OR 97208-5638

Stanley Martinez, 601 Edgewood Street, NE, Washington, DC 20017

The Chef's Warehouse, 100 East Ridge Road, Ridgefield, CT 06877

United Healthcare Insurance Company, PO Box 7346, Atlanta, GA 30374

Washington Gas, 6801 Industrial Drive, Springfield, VA 22151

**/s/ Charles E Walton**
**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357Fax:301-292-9439**
**cwalton@cwaltonlaw.com**