**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **GRAVITAS NW LLC,** | **Case No.: 26-00199-ELG** |
| **Debtor.** | |
| | **Chapter 11** |

## DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR RELATED RELIEF

Gravitas NW LLC (the "Debtor"), as debtor-in-possession, by and through undersigned counsel, hereby moves this Court pursuant to 11 U.S.C. §§ 105(a), 361, 363(c)(2), and 363(e) for entry of an order authorizing the Debtor to use cash collateral and granting related relief, and in support states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

4. On April 22, 2026, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. The Debtor continues to operate its business and manage its affairs as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

6. The Debtor is actively working toward reopening and resuming operations, with a targeted reopening date of approximately Fall of 2026.

7. Prior to the Petition Date, the Debtor experienced financial distress, including tax-related enforcement actions that disrupted operations and resulted in the seizure of certain assets.

0

8. The Debtor is currently engaged in efforts to stabilize operations, recover assets, and secure investment to support its reorganization.

## CASH COLLATERAL

9. The Debtor requires immediate access to cash to fund essential operating expenses necessary to preserve and restart its business.

10. To the extent that any cash on hand, revenues, or accounts constitute "cash collateral" within the meaning of 11 U.S.C. § 363(a), such cash may be subject to the asserted liens of the District of Columbia Office of Tax and Revenue ("OTR") or other secured parties.

11. The Debtor seeks authority to use such cash collateral to fund necessary expenses pending further order of the Court.

## NEED FOR USE OF CASH COLLATERAL

12. The Debtor requires use of cash collateral to, among other things:

   a. Prepare the restaurant premises for reopening;

   b. Repair, replace, and procure furniture, fixtures, equipment, and inventory;

   c. Pay necessary operating expenses, including utilities, insurance, and essential vendors;

   d. Retain and compensate key personnel;

   e. Fund administrative costs of this Chapter 11 case.

13. Without immediate access to cash collateral, the Debtor will be unable to continue operations or prepare for reopening, which will result in irreparable harm to the estate and its creditors.

1

**ADEQUATE PROTECTION**

14. As adequate protection for any party asserting an interest in the cash collateral, the Debtor proposes to provide:

   a. Replacement liens on post-petition assets of the same nature and priority as prepetition liens, to the extent valid and perfected;

   b. Maintenance of insurance coverage;

   c. Financial reporting, including periodic operating reports;

   d. Such other relief as the Court deems appropriate.

15. The Debtor reserves all rights to challenge the validity, extent, and priority of any asserted liens.

**EMERGENCY RELIEF REQUESTED**

16. The Debtor requires immediate authority to use cash collateral to avoid disruption to its business and to preserve the value of the estate.

17. Accordingly, the Debtor requests entry of an interim order authorizing the use of cash collateral pending a final hearing.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

A. Authorizing the Debtor to use cash collateral on an interim and final basis;

B. Granting adequate protection to any party asserting an interest in such cash collateral as set forth herein or as otherwise determined by the Court;

C. Scheduling a final hearing on the use of cash collateral; and

D. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**WALTON LAW GROUP, LLC**

/s/ Charles E. Walton
**Charles E. Walton, Esq.**
Bar No. 474873
10905 Fort Washington Road, Suite 201
Fort Washington, Maryland 20744
(301) 292-8357
cwalton@cwaltonlaw.com
Counsel for Debtor

3