**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **GRAVITAS NW LLC,** | **Case No.: 26-00199-ELG** |
| **Debtor.** | |
| | **Chapter 11** |

### NOTICE OF MOTION FOR USE OF CASH COLLATERAL
### AND OPPORTUNITY TO OBJECT

PLEASE TAKE NOTICE that the Debtor, GRAVITAS NW LLC (the "Debtor in Possession"), by and through counsel, has filed a Motion for Use of Cash Collateral (the "Motion") pursuant to 11 U.S.C. §§ 363(c)(2) and 363(e), Rules 4001(b) and 9014 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9013-1, seeking authority to use cash collateral in the ordinary course of its business.

The Motion seeks authority for the Debtor to use cash collateral to fund necessary operating expenses and to facilitate the Debtor's reorganization efforts, including preparation for reopening its business operations.

A copy of the Motion may be inspected at the Office of the Clerk, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001, or obtained from Debtor's counsel.

NOTE: Creditors or other parties in interest objecting to the Motion must file their objection, stating with particularity the factual and legal basis for such objection, with the Office of the Clerk of the Court, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and serve a copy of such objection upon the undersigned counsel and upon the Office of the United States Trustee no later than July 22, 2026 at 4:00 p.m. (Eastern Time).

1

Any objection must state the factual and legal basis upon which it is based.

If no objections are filed, the Court may grant the Motion without further notice or hearing.

If an objection or objections are filed, the Bankruptcy Court may, in its discretion, conduct a hearing or determine the matter without a hearing regardless of whether an objection is filed. An objecting party is not required to attend such a hearing.

In the event any creditor or party in interest has questions regarding the Motion, such questions may be directed to Debtor's counsel at the address and telephone number listed below.

Date: July 9, 2026

Respectfully submitted,

**WALTON LAW GROUP, LLC**

/s/ Charles E. Walton
**Charles E. Walton, Esq.**
Bar No. 474873
10905 Fort Washington Road, Suite 201
Fort Washington, Maryland 20744
(301) 292-8357
cwalton@cwaltonlaw.com
Counsel for Debtor