The order below is hereby signed.

Signed: July 15 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| | |
| **Gravitas NW, LLC,** | **Case No. 26-00199-ELG** |
| | |
| **Debtor.** | **Chapter 11** |

### CONSENT ORDER DISMISSING CASE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Dismiss Chapter 11 Case ("Motion"), the objection filed by the Debtor thereto, by consent of the parties and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the motion of the Acting United States Trustee is hereby granted and this case is hereby DISMISSED, without prejudice.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed below and give notice of this order to all parties listed on the mailing matrix.

I Ask For This:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

SEEN AND AGREED:

*/s/ Charles Walton (by KSE with permission via email)*
Charles Walton, Esq.
Walton Law Group, PLLC
10905 Fort Washington Road, Suite 201
Fort Washington, MD 20744
301-292-8357
cwalton@cwaltonlaw.com
Counsel for Debtor


Copies to:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Eric Waldman ewaldman@cirlaw.com,
rtorres@cirlaw.com;ecameron@cirlaw.com;bloveless@cirlaw.com

Charles Earl Walton cwalton@cwaltonlaw.com,
mhall@cwaltonlaw.com;waltoncr91773@notify.bestcase.com

All creditors on mailing matrix

**END OF ORDER**